# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 12, 2025

## NO. 03-25-00102-CV

**Larry Evans and Shelia Evans, Appellants**

**v.**

**The County of Comal, Texas, Collecting Property Taxes for Itself and for The City of New Braunfels, Texas; Comal Independent School District; and Emergency Services District #7, Appellees**

### APPEAL FROM THE 466TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on February 6, 2025. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.